No. 383. SWINSON *v.* CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RY. Co. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the

Eighth Circuit granted. *Messrs. Tom Davis* and *Ernest A. Michel* for petitioner. *Messrs. Warren Newcome, Samuel H. Cady,* and *William T. Faricy* for respondent.